# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Sean Ray Wilson,<br><br>　　Plaintiff<br>v.<br><br>Maggqysay, Jackson, Hart, Ferry, Sheriff Joe Lombardo,<br><br>　　Defendants | Case No. 2:20-cv-0003-JAD-EJY<br><br>**Order Adopting Report and Recommendation to Dismiss Eighth Amendment Claim**<br><br>[ECF No. 3] |

On March 5, 2020, the magistrate judge screened Sean Ray Wilson's complaint. In that screening order, she recommends that Wilson's Eighth Amendment Claim for use of excessive force at the time of his arrest be dismissed with prejudice for failure to state a claim and because no amendment will cure its deficiency.[1] The deadline for objections to that recommendation passed without objection or any request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Accordingly, with good cause appearing, IT IS HEREBY ORDERED that the magistrate judge's report and recommendation **[ECF No. 3] is ADOPTED**; Plaintiff's Eighth Amendment Claim for use of excessive force at the time of his arrest is DISMISSED with prejudice.

　　Dated: March 24, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 3.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).